**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**(Northern Division)**

JANE DOE,

*Plaintiff*,

v.                                              Case No.: <u>3:23-cv-560-CWR-LGI</u>

CHRISTOPHER PEYTON CRAWFORD,

*Defendant*.

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, Trhesa B. Patterson, of the law firm of Heidelberg Patterson Welch Wright, to enter her appearance as counsel for, Jane Doe, in the above referenced action.

Respectfully submitted, this the 29th day of August, 2023.

By:     <u>/s/ Trhesa B. Patterson</u>
Trhesa B. Patterson (MSB 102635)

OF COUNSEL:

Heidelberg Patterson Welch Wright
368 Highland Colony Parkway
Ridgeland, Mississippi 39157
601-790-1588 (tel)
601-790-1585 (direct)
601-707-3075 (fax)
tpatterson@hpwlawgroup.com
wwright@hpwlawgroup.com

*Attorneys for Jane Doe*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the MEC system which sent notification of such filing to all counsel of record.

This the 29th day of August, 2023.

_/s/ Trhesa B. Patterson_
Trhesa B. Patterson