IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(Northern Division)

JANE DOE,

    *Plaintiff,*

v.

CHRISTOPHER PEYTON CRAWFORD,

    *Defendant.*

Case No.: 3:23-cv-560-CWR-LGI

## WAIVER OF PROCESS

I, the undersigned, Christopher Peyton Crawford, do hereby state under oath that I have received a copy of the *Complaint* filed by the Plaintiff using a pseudonym "Jane Doe", pursuant to 15 U.S.C. § 6851(a)(3)(B), in the within cause of action. I further state under oath that I do hereby waive the personal service of the *Summons* and *Complaint* upon myself in this cause.

In executing this document, I certify that I am not an unmarried minor and am not mentally incompetent.

WITNESS my signature this the 11th day of September, 2023.

_____
CHRISTOPHER PEYTON CRAWFORD

SWORN TO AND SUBSCRIBED before me this the 11th day of September, 2023.

_____
NOTARY PUBLIC

1

Submitted by:

s/ Cynthia H. Speetjens
Cynthia H. Speetjens, MSB #2407
Cynthia H. Speetjens, P.A.
P.O. Box 2629
Madison, MS 39130-2629
601-954-1369
cspeetjens@ms-lawyer.net

*Attorney for Christopher Peyton Crawford*