# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

JANE DOE,

    *Plaintiff*

Case No. 3:23-cv-560-CWR-LGI

v.

CHRISTOPHER PEYTON CRAWFORD,

    *Defendant*

## DEFENDANT'S MOTION TO SEAL CASE

Pursuant to L.U.Civ.R. 79, Defendant, Christopher Peyton Crawford, by and through his attorney, files this Motion to Seal Case, and in support thereof, states as follows:

1. Defendant respectfully moves this Court for entry of an Order sealing this case "[f]rom public access only, with CM/ECF access permitted to the litigants' counsel." *See* L.U.Civ.R. 79(e)(3)(B)(2).

2. Defendant incorporates and adopts the arguments set forth in his non-confidential memorandum filed contemporaneously herewith.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, Christopher Peyton Crawford, respectfully requests that this Court enter an Order sealing this case from public access only, with CM/ECF access permitted to the litigants' counsel. Defendant requests any such other relief as this Court may deem just.

This the 10th day of October, 2023.

Respectfully submitted:

/s/*Cynthia H. Speetjens*
Cynthia H. Speetjens (MS Bar No. 2407)
Attorney for Defendant

Of Counsel:

Cynthia H. Speetjens, P.A.
Post Office Box 2629
Madison, MS 39130-2629
Telephone: (601) 954-1369
Facsimile: (601) 707-7509
Email: cspeetjens@ms-lawyer.net

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Defendant Christopher Peyton Crawford, do hereby certify that I filed and served the foregoing *Motion to Seal Case* via e-mail through the Court's ECF filing system to the following:

> Chadwick M. Welch
> cwelch@hpwlawgroup.com
>
> Thresa B. Patterson
> tpatterson@hpwlawgroup.com

This the 10th day of October 2023.

/s/*Cynthia H. Speetjens*
Cynthia H. Speetjens